## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO



YSIEM CORPORATION,

    VS.

COMMERCIAL NET LEASE REALTY,
INC., ET AL.,

CIVIL NO. __98-2387__ (JAG)

---

### DESCRIPTION OF MOTION

DATE FILED:10/29/99  DOCKET:  15   TITLE: REQUEST FOR NOTIFICATION O F ORDERS AND JUDGMENTS BY FAX

[ ] Plaintiff(s)
[X] Defendant(s)

---

### O-R-D-E-R

_X_ GRANTED.

___ DENIED.

___ MOOT.

___ NOTED.

OTHER: _____

---

March 7, 2000
DATE

JOSE ANTONIO FUSTE
U. S. DISTRICT JUDGE

