## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO





YSIEM CORPORATION

    VS.                                   CIVIL NO. 98-2387(JAF)

COMMERCIAL NET LEASE REALTY, INC.
AND OFFICE MAX, INC.

### DESCRIPTION OF MOTION

**DATE FILED:** 03/03/00  **DOCKET #:** 18  **TITLE:** MOTION by Ysiem Corporation to Accept Spanish Language Documents

[X] Plaintiff(s)
[ ] Defendant(s)

### O-R-D-E-R

[X] GRANTED.

[ ] DENIED.

[ ] MOOT.

[ ] NOTED.

OTHER: Certified translations will be filed within the next fifteen (15) days.

3/7/2000
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE