## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO



YSIEM CORPORATION,

    VS.   CIVIL NO. __98-2387__ (JAF)

COMMERCIAL NET LEASE REALTY,
INC.; OFFICE MAX, INC.,

---

### DESCRIPTION OF MOTION

DATE FILED: 02/01/00   DOCKET: 16   TITLE: STIPULATION FOR DISMISSAL

[X] Plaintiff(s)
[X] Defendant(s)

---

### O-R-D-E-R

__X__ GRANTED.

___ DENIED.

___ MOOT.

___ NOTED.

**OTHER:** PARTIAL JUDGMENT SHALL BE ENTERED ACCORDINGLY.

March 7, 2000
DATE

JOSE ANTONIO FUSTE
U. S. DISTRICT JUDGE

