ENTERED ON DOCKET
3/9/00
PURSUANT TO FRCP RULES 58 & 79a

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

YSIEM CORPORATION,

    Plaintiff,

v.

OFFICE MAX, INC.,

    Defendant.

Civil No. 98-2387 (JAF)

RECEIVED & FILED
00 MAR -9 PM 1:57
U.S. DISTRICT COURT
SAN JUAN, P.R.

## PARTIAL JUDGMENT

The "Stipulation for Dismissal" filed on February 1, 2000, Docket Document No. 16, having been granted by the court, judgment is entered dismissing without prejudice the complaint filed by plaintiff against Office Max, Inc., each party to bear its own costs, expenses, and attorney's fees. The only remaining defendant is **Commercial Net Lease Realty, Inc.**

San Juan, Puerto Rico, this 7th day of March, 2000.

JOSE ANTONIO FUSTE
U. S. District Judge



AO 72
(Rev 8/82)