IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
00 APR -3 AM 11:23
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.



YSIEM CORPORATION
Plaintiff

VS. CIVIL NO. 98-2387(JAF)

COMMERCIAL NET LEASE REALTY,
ET AL
Defendant

**DESCRIPTION OF MOTION**

DATE FILED: 3/16/00 DOCKET: 26 TITLE: JOINT MOT TO STAY PROCEEDINGS PENDING RESOLUTION OF CROSS-MOTS FOR SUMMARY JUDGMENT

[X] Plffs. [] Defts.

**O-R-D-E-R**

Granted. P.T. Conf. Vacated.

DATE: 3/29/00

JOSE A. FUSTE
U.S. DISTRICT JUDGE

(3) 28