UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

YSIEM CORPORATION

**Plaintiff(s)**

v.                                                          CIVIL NUMBER:    98-2387 (JAG)

COMMERCIAL NET LEASE REALTY, INC.

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 03/19/01<br>**Title:** Motion Requesting Scheduling of Settlement Conference<br>**Docket(s):** 32<br>[ x ] **Plff(s)**    [ ] **Dft(s)**    [ ] **Other** | GRANTED. The Court has scheduled the requested settlement conference for Tuesday, April 24, 2001 at 10:30 AM. |

Date: April 4, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge