# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

YSIEM CORPORATION

    **Plaintiff(s)**

    v.                                          **CIVIL NUMBER:** 98-2387 (JAG)

COMMERCIAL NET LEASE REALTY, INC.

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 04/11/01<br>**Title:** Motion Requesting Leave to Withdraw Prior Motion and to Continue Legal Representation on Behalf of Ysiem Corporation<br>**Docket(s):** 36<br>[ x ] **Plff(s)**   [ ] **Dft(s)**   [ ] **Other** | **GRANTED.** |

| MOTION | ORDER |
|---|---|
| **Date Filed:** 03/29/01<br>**Title:** Motion Withdrawing Legal Representation<br>**Docket(s):** 34<br>[ x ] **Plff(s)**   [ ] **Dft(s)**   [ ] **Other** | **MOOT.** See Docket #36. |

**Date:** April 24, 2001                    JAY A. GARCIA-GREGORY
                                                    U.S. District Judge

