IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

YSIEM CORPORATION

**Plaintiff(s)**

v.                                               CIVIL NO.   98-2387 (JAG)

COMMERCIAL NET LEASE REALTY,
INC., et al

**Defendant(s)**

---

### ORDER

All dispositive motions in this case are referred to Magistrate-Judge Jesús A. Castellanos for a report and recommendation.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 4th day of October, 2001.

JAY A. GARCIA-GREGORY
United States District Judge