IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

YSIEM CORPORATION,

    Plaintiff,

v.   CIVIL NUMBER: 98-2387(JAG)

COMMERCIAL NET LEASE REALTY, INC., ET AL.,

    Defendants.

## ORDER

Having reviewed the record, this Magistrate is of the opinion that a settlement should be explored before entertaining any of the pending dispositive motions. Thus, the conference is hereby rescheduled for October 24, 2001, at 9:00 am.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 11th day of October, 2001.

J. ANTONIO CASTELLANOS
UNITED STATES MAGISTRATE JUDGE