UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

YSIEM CORPORATION

**Plaintiff(s)**

v.   **CIVIL NUMBER:** 98-2387 (JAG)

COMMERCIAL NET LEASE REALTY, INC.

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 09/27/01<br>**Title:** Motion to Quash CNLR's Reply to Informative Motion<br>**Docket(s):** 40<br>[ x ] **Plff(s)**   [ ] **Dft(s)**   [ ] **Other** | This motion is referred to Magistrate-Judge Jesús A. Castellanos to whom all dispositive motions have been referred. |

Date: October 16, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

