IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



YSIEM CORPORATION,

    Plaintiff,

        v.        Civil No. 98-2387(JAG)

COMMERCIAL NET LEASE REALTY, INC.

    Defendant.

## DESCRIPTION OF MOTION

Date Filed: __09-27-01__   Docket No. __40__   Title:

[X] Plaintiff     [ ] Defendant     Motion to Quash CNLR's Reply to Informative Motion

## ORDER

[ ] is GRANTED.          ORDER:

[X] is DENIED.

[ ] is MOOT.

[ ] is NOTED.

[ ] is OTHER.

Date: October 22, 2001

J. Antonio Castellanos
U.S. Magistrate Judge