IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



YSIEM CORPORATION,

    Plaintiff,

    v.                                  CIVIL NO. 98-2387(JAG)

COMMERCIAL NET LEASE REALTY, INC.

    Defendant.

## ORDER



| MOTION | RULING |
|---|---|
| **Docket No. 46**<br><br>Motion to Strike "Motion to Clarify" | Moot. |
| **Docket No. 45**<br><br>Motion Requesting Continuance of Settlement Conference | Granted. Settlement Conference rescheduled for **December 11, 2001, at 9:30 am.** |

October 22, 2001
Date

J. Antonio Castellanos
U.S. Magistrate Judge