## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

YSIEM CORPORATION

    **Plaintiff(s)**

    v.                                                     CIVIL NUMBER: 98-2387 (JAG)

COMMERCIAL NET LEASE REALTY, INC.

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 10/31/01<br>**Title:** Motion for Leave to Withdraw as Counsel of Record<br>**Docket(s):** 49<br>[ x ] **Plff(s)**  [ ] **Dft(s)**  [ ] Other | **GRANTED.** |

**Date:** December 17, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge


