# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

YSIEM CORPORATION

    Plaintiff

    v.

COMMERCIAL NET LEASE REALTY, INC.

    Defendant

CIVIL NO. 98-2387 (JAG)

RECEIVED & FILED
MAR 28 2002
OFFICE-CLERK, U.S. DIST. CT.
SAN JUAN, PR

**ORDER**

Plaintiff's Request for Leave to File a Reply (Docket 57, 58) is **DENIED**. Plaintiff has not advanced any arguments that could move this Court's discretion to grant leave such as the raising of new issues by defendant in its opposition to plaintiff's objections to the Magistrate-Judge's Report and Recommendation.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 28th day of March 2002.

JAY A. GARCIA-GREGORY
U.S. District Judge



