IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

YSIEM CORPORATION

    Plaintiff

    v.                       CIVIL NO. 98-2387 (JAG)

COMMERCIAL NET LEASE REALTY,
INC.

    Defendant

**JUDGMENT**

Based on the Opinion and Order adopting Magistrate-Judge Jesús A. Castellanos's Report and Recommendation recommending that the Court grant summary judgment in favor of defendant, judgment is hereby entered dismissing this action with prejudice.

This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 28th day of March 2002.

JAY A. GARCIA-GREGORY
U.S. District Judge


